# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Horace Campbell,

Inmate ID Number: DOJ04MNI013304

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 1:22cv94 AW/GRJ
*(To be filled in by the Clerk's Office)*

v.

Gainesville Police Dept.,

Alachua County Sheriffs Office
Dept. of the Jail

_____,

**Jury Trial Requested?**
☒ YES   ☐ NO

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____/

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Horace Campbell    ID Number: DOJ 04 MM 3304

List all other names by which you have been known: _____

Current Institution: Alachua County Jail

Address: 3333 NE 39TH Ave
Gainesville, FL 32609

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Gainesville Police Dept.

   Official Position: _____

   Employed at: _____

   Mailing Address: P.O. Box 1250
   Gainesville, FL 32627

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

2. Defendant's Name: ALACHUA COUNTY SHERIFF'S OFFICE

   Official Position: DEPT. OF THE JAIL

   Employed at: _____

   Mailing Address: 3333 NE 39TH AVE
   GAINESVILLE, FLORIDA 32609

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☐ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☒ Pretrial Detainee   ☐ Civilly Committed Detainee

☐ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

UPON BEING APPREHENDED, I RAN BEHIND A SHED OUTSIDE TO GET AWAY FROM MY ALLEGED VICTIM AND DID GIVE UP - AND SURRENDERED. GAINESVILLE POLICE DEPT. OFFICERS INSTRUCTED ME TO GET ON THE GROUND AND PUT MY HANDS BEHIND MY HEAD IN A FINGER INTERLOCKED POSSITION IN WHICH I DID

GAINESVILLE POLICE OFFICERS APPROACHED ME AND AN OFFICER FELL ONTO ME BY FALLING WITH HIS KNEE LANDING IT TO MY LOWER BACK USING UNNECESSARY FORCE WHICH HAS RESULTED IN INJURIOUS DAMAGES AS I HAVE LOST FEELING IN MY HANDS, HAVE SWOLLEN FEET AND AM BOUND BY A WHEELCHAIR AND AM UNABLE TO WALK AND MOVE ABOUT NORMALLY

**Statement of Facts Continued** *(Page 2 of 2)*

I PUT IN MANY SICK CALLS TO SEEK MEDICAL ATTENTION AND ONLY WAS GIVEN IBUPROPHIN, FINALLY AFTER MUCH EFFORT THE A.C.S.O - DEPT. OF THE JAIL DID XRAYS AND STATED EVERYTHING WAS OK. I THEN FINALLY DEMANDED TO SEE AN OUTSIDE DOCTOR WHOM STATED THAT AFTER EXAMINATION THAT I DID NEED ADDITIONAL MEDICAL ATTENTION AND SHOULD HAVE BEEN SEEN RIGHT AWAY WHEN THE INJURY OCCURED AND THAT THE DELAYS HAVE CAUSED UNDUE PAIN AND THE NEED FOR ADDITIONAL THERAPY, ADDITIONALLY THE DOCTOR STATED THAT I NEEDED A FULL SET OF EXTENSIVE XRAYS AND TO BE SEEN BACK BY HIM RIGHT AWAY. ASO-JAIL HAS NOT ALLOWED ME TO SEEK THIS RECOMMENDED MEDICAL TREATMENT. I AM GETTING WORSE DUE TO THE CRUEL AND UNUSUAL PUNISHMENT INFLICTED ON ME AND LACK OF ABILITY

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

\* THIS HAPPENED IN GAINESVILLE, ALACHUA COUNTY, FL BY THE GAINESVILLE POLICE DEPT.

\* VIOLATION OF MY RIGHTS TO DUE PROCESS

\* VIOLATION OF MY RIGHTS AGAINST CRUEL AND UNUSUAL PUNISHMENT

\* ABUSE OF PUBLIC OFFICE    \* USE OF UNNECESSARY FORCE

\* DISCRIMINATION DUE TO RACE    \* FAILURE TO ALLOW ME TO SEEK NEEDED MEDICAL ATTENTION.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

$2,500,000.00 FOR COMPENSATORY AND PUNITIVE DAMAGES LOSS OF LIBERTY, INCOMES, POSSESSIONS

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☐ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES   ☐ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☐ NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.***)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 04-25-2022   Plaintiff's Signature: _____

Printed Name of Plaintiff: Horace Campbell

Correctional Institution: Alachua County Jail

Address: 3333 NE 39th Ave
         Gainesville, FL 32609

**I certify and declare, under penalty of perjury, that this complaint was** (*check one*) ☐ **delivered to prison officials for mailing or** ☐ **deposited in**

the prison's mail system for mailing on the __25__ day of __APRIL__,
20 __22__

Signature of Incarcerated Plaintiff: _____

HORACE CAMPBELL
3333 NE 3RD AVE,
GAINESVILLE, FL 32609

CLERK - US DISTRICT COURT
401 SE FIRST AVENUE
ROOM 243
GAINESVILLE, FLORIDA 32601-6895

CHECKED APR 29 2022

FOREVER USA
Barn Swallow